UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUINAULT INDIAN NATION,

             Plaintiff,

    v.

EDWARD A. COMENOUT, et al.,

             Defendants.

CASE NO. C10-5345 BHS

ORDER LIFTING STAY AND DIRECTING CLERK TO ISSUE SCHEDULING ORDER

      This matter comes before the Court on the parties' joint status reports (Dkts. 38, 39, & 40).

      On March 27, 2014, the Court issued a show cause order out of concern for the exceptionally long stay of this matter.  Dkt. 37.  Plaintiff claims that the case is almost settled and requests extending the stay for another thirty to sixty days.  Dkt. 40 at 4–5.  Defendants dispute that contention and request that this case either be dismissed with prejudice or proceed to trial.  Dkt. 38.  The Court agrees with Defendants that this matter should no longer be stayed.  Therefore, the Court lifts the stay and the Clerk shall issue a scheduling order.

      **IT IS SO ORDERED.**

      Dated this 12th day of May, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER